**ROBERT G. BERNHOFT, ESQ**
Wisconsin Bar No. 1032777
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, TX 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Ave. #210
Las Vegas, Nevada 89129
(702) 906-1300 telephone
(702) 620-5732 facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RICHARD ZEITLIN, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, and AMERICAN TECHNOLOGY SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FEDERAL TRADE COMMISSION,<br><br>600 Pennsylvania Avenue, N.W. Washington, D.C. 20580,<br><br>Defendant. | Case No.  2:19-cv-00698 |

## CERTIFICATE OF INTERESTED PARTIES

COMES NOW, the Plaintiffs, Richard Zeitlin, Unified Data Services, LLC, Compliance Consultants, LLC, and American Technology Services, LLC, who file this

1

certificate pursuant to LR 7.1-1, through their attorneys of record Joel Hansen, Esq. and Robert G. Bernhoft, Esq. (*pro hac vice* application to be filed) and certify that the following have a direct, pecuniary interest in the outcome of this case:

    Richard Zeitlin
    Unified Data Services, LLC
    Compliance Consultants, LLC
    American Technology, LLC

Respectfully submitted this 2nd day of May, 2019.

                                          Respectfully submitted by:

                                          HANSEN & HANSEN, LLC
                                          Attorneys for the Plaintiffs

                                           /s/ Joel F. Hansen
                                          JOEL F. HANSEN, ESQ.
                                          Nevada Bar No. 1876
                                          9030 W. Cheyenne Ave. #210
                                          Las Vegas, Nevada 89129


                                          THE BERNHOFT LAW FIRM, S.C.
                                          Attorneys for the Plaintiffs

                                           /s/ Robert G. Bernhoft
                                          ROBERT G. BERNHOFT, ESQ.
                                          Wisconsin Bar No. 1032777
                                          1402 E. Cesar Chavez Street
                                          Austin, Texas 78704

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document will be served on the Defendant by mailing the same by U.S. Mail first-class postage prepaid to:

William Barr, U.S. Attorney General
Attn: Civil Process Clerk
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Nicholas A. Trutanich, U.S. Attorney
Attn: Civil Process Clerk
U.S. Attorney's Office, District of Nevada
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, NV 89101

Federal Trade Commission
Attn: Civil Process Clerk
600 Pennsylvania Avenue, NW
Washington, DC 20580

DATED this this 2nd day of May, 2019.

        THE BERNHOFT LAW FIRM, S.C.
        Attorneys for the Plaintiffs


        /s/ Robert G. Bernhoft
        Robert G. Bernhoft, Wis. Bar No. 1032777
        1402 E. Cesar Chavez Street
        Austin, Texas 78702
        (512) 582-2100  telephone
        (512) 373-3159  facsimile
        rgbernhoft@bernhoftlaw.com