**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

RICHARD ZEITLIN, UNIFIED DATA SERVICES, LLC, AMERICAN TECHNOLOGY SERVICES, LLC
  Plaintiff(s),

vs.

UNITED STATES FEDERAL TRADE COMMISSION

  Defendant(s).

Case #2:19-CV-00698-JCM-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Charles Jamison Beuerman_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____The Bernhoft Law Firm, S.C._____
(firm name)

with offices at _____1402 E. Cesar Chavez Street_____,
(street address)

_____Austin_____, _____Texas_____, _____78702_____,
(city)       (state)      (zip code)

_____(512) 582-2100_____, _____jbeuerman@bernhoftlaw.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____See Attached Client List_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since July 7, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Louisiana (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The Louisiana Supreme Court | July 7, 2017 | 37562 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Louisiana State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 10-24-2018 | 2:18-cv-01919-RFB-C | U.S.D.C. District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Texas_____ )
COUNTY OF _____Travis_____ )

__Charles Jamison Beuerman__, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23rd__ day of __May__, __2019__.

__Bethany Bernhoft__
Notary Public or Clerk of Court

BETHANY BERNHOFT
Notary Public, State of Texas
Comm. Expires 05-08-2021
Notary ID 131117904

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Joel Hansen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9030 W. Cheyenne Avenue, #210_____,
(street address)

__Las Vegas__, __Nevada__, __89129__,
(city)            (state)         (zip code)

__(702) 906-1300__, __efile@hansenlawyers.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Joel Hansen_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Richard Zeitlin on behalf of himself and all other plaintiffs
(type or print party name, title)

_____Richard Zeitlin_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1876                            efile@hansenlawyers.com
Bar number                      Email address

APPROVED:

Dated: June 3, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Charles Jamison Beuerman

whose address is 1402 E Cesar Chavez St

Austin, TX 78702

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____7th_____ day of _____July_____, 2017.

Given over my hand and the Seal of the Louisiana State Bar Association, this ___9th___ day of ___May___, 2019.

*Executive Director*
*Louisiana State Bar Association*



## THE BERNHOFT LAW FIRM, S.C.

| List of Clients | Controlling Person and Title |
|---|---|
| 1. Richard Zeitlin | |
| 2. Unified Data Services, LLC | Richard Zeitlin, Managing Member |
| 3. American Technology Services, LLC | Richard Zeitlin, Managing Member |

1402 E. Cesar Chavez Street   Austin, Texas 78702   P (512) 582-2100   F (512) 373-3159   www.bernhoftlaw.com