**ROBERT G. BERNHOFT, ESQ**
Wisconsin Bar No. 1032777
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, TX 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
rgbernhoft@bernhoftlaw.com
*Appearing Pro Hac Vice*

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Ave. #210
Las Vegas, Nevada 89129
(702) 906-1300 telephone
(702) 620-5732 facsimile
efile@hansenlawyers.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, and AMERICAN TECHNOLOGY SERVICES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FEDERAL TRADE COMMISSION, <br><br> 600 Pennsylvania Avenue, N.W. Washington, D.C. 20580, <br><br> Defendant. | Case No. 2:19-cv-00698-JCM-VCF |

1

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO THE GOVERNMENT ATTORNEY'S MOTION TO PRACTICE IN THE DISTRICT FOR THIS CASE**

On June 20, 2019, Government Attorney Bradley Dax Grossman filed his motion to appear in the District of Nevada for the duration of his government employment. (Doc. 16.) On behalf of the Plaintiffs, undersigned counsel submits this notice of non-opposition to Attorney Grossman's motion to practice in the district for the purpose of this case.

          THE BERNHOFT LAW FIRM, S.C.
          Attorneys for the Plaintiffs

           /s/ Robert G. Bernhoft
          ROBERT G. BERNHOFT, ESQ.
          Wisconsin Bar No. 1032777
          1402 E. Cesar Chavez Street
          Austin, Texas 78702
          *Appearing Pro Hac Vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF NON-OPPOSITION TO THE GOVERNMENT ATTORNEY'S MOTION TO PRACTICE IN THE DISTRICT FOR THIS CASE** with the Clerk of the Court for the U. S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I also have emailed a copy of this document to Attorney Bradley Dax Grossman.

DATED: June 25, 2019.

                                                        /s/ Robert G. Bernhoft
                                                         Attorney for Plaintiffs