UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| RICHARD ZEITLIN, et al., | Case No. 2:19-CV-698 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| UNITED STATES FEDERAL TRADE COMMISSION, | |
| Defendant(s). | |

Presently before the court is defendant United States Federal Trade Commission's ("FTC") motion to admit government attorney. (ECF No. 16). Plaintiff American Technology Services, LLC's ("ATS") filed a non-opposition. (ECF No. 17).

Also before the court is ATS' motion to extend time to supplement *pro hac vice* petition. (ECF No. 15).

## I. Admit government attorney

The FTC requests that the court admit government attorney Bradley Dax Grossman to practice in the District of Nevada for all matters in this district that are related to this action. (ECF No. 16). With respect to admission of a government attorney, the Local Rules provide in pertinent part:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

LR IA 11-3.

**James C. Mahan**
**U.S. District Judge**

The FTC has filed a proper motion under the Local Rules in which the FTC represents that Bradley Dax Grossman is "an attorney with the Federal Trade Commission, an agency of the federal government, and is a member in good standing of the bar of Massachusetts (Bar No. 669358)." (ECF No. 16). Good cause appearing, the court will grant the FTC's motion to admit Bradley Dax Grossman to practice in the District of Nevada.

**II.　　Extend time**

On May 30, 2019, petitioner Daniel J. Treuden filed a petition to practice *pro hac vice*. (ECF No. 8). On June 10, 2019, Treuden filed a notice of corrected image which consisted of his certificate of good standing for the State Bar of California. (ECF No. 12). The next day, the court ordered Treuden to file a revised petition including the certificate of good standing within ten days. (ECF No. 13). Treuden did not file his revised petition until sixteen days later, on June 27, 2019. (ECF No. 18).

Treuden now requests that the court extend the filing deadline for his petition. (ECF No. 15). Treuden represents that his petition required Richard Zeitlin's signature, who was on vacation for nearly three weeks. (ECF No. 15). In consideration of Treuden's difficulty in reaching Zeitlin, the court will exercise leniency and deem his petition as having been timely filed.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the FTC's motion to admit government attorney (ECF No. 16) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that ATS' motion to extend time (ECF No. 15) be, and the same hereby is, GRANTED.

DATED July 2, 2019.

_____
UNITED STATES DISTRICT JUDGE