UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNIFIED DATA SERVICES, LLC, *et al.,* | Case No. 2:19-cv-00698-JCM-VCF |
| Plaintiffs, | ORDER |
| v. | |
| UNITED STATES FEDERAL TRADE COMMISSION, | |
| Defendant. | |

Presently before the court is defendant United States Federal Trade Commission's ("FTC") motion to extend. (ECF No. 24). Plaintiffs American Technology Services, LLC; Compliance Consultants, LLC; Unified Data Services, LLC; and Richard Zeitlin (collectively "plaintiffs") filed a response. (ECF No. 25).

The FTC requests that the court extend the deadline to file a reply in support of the FTC's motion to dismiss (ECF No. 23) by fifteen days. (ECF No. 24). The FTC represents that it cannot timely file a reply due to imminent briefing deadlines in two other cases and staffing constraints. *Id*. Plaintiffs argue that a fifteen-day extension would be prejudicial because the FTC intends to move to stay discovery pending its motion to dismiss. (ECF No. 25). Plaintiffs contend that a seven-day extension would be sufficient and would not needlessly delay discovery. *Id*.

The parties have yet to commence discovery and it is unlikely that granting FTC's request will substantially delay adjudication of its motion to dismiss. Further, the FTC's staff constraints and workload constitute good cause for an extension. Therefore, the court will grant

the FTC's motion to extend.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the FTC's motion to extend (ECF No. 24) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the FTC shall have until August 2, 2019, to file a reply in support of its motion to dismiss.

DATED THIS 16th day of July 2019.

JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE