**THOMAS E. KIMBLE, ESQ**
Illinois Bar No. 6257935
**THE BERNHOFT LAW FIRM, S.C.**
1402 E. Cesar Chavez Street
Austin, Texas 78702
(512) 582-2100 telephone
(512) 373-3159 facsimile
tekimble@bernhoftlaw.com

**JOEL F. HANSEN, ESQ.**
Nevada Bar No. 1876
**HANSEN & HANSEN, LLC**
9030 W. Cheyenne Ave. #210
Las Vegas, Nevada 89129
(702) 906-1300: office
(702) 620-5732: facsimile
efile@hansenlawyers.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ZEITLIN, UNIFIED DATA SERVICES, LLC, COMPLIANCE CONSULTANTS, LLC, and AMERICAN TECHNOLOGY SERVICES, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FEDERAL TRADE COMMISSION,<br><br>Defendants. | Case No. 2:19-cv-698 -JCM-VCF<br><br>**STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER**<br>**(First Request)** |

Plaintiff Richard Zeitlin ("Zeitlin"), along with the Plaintiff companies set forth in the caption above, (hereinafter the "Plaintiffs"), by and through undersigned counsel of record, files this Stipulation to Extend Time to File Proposed Scheduling Order. This Stipulation is filed pursuant to LR 6-1 and LR 6-2. This is the first request to file an extension of time to file the Joint Proposed Scheduling Order.

Defendant Federal Trade Commission filed a motion to dismiss on June 28, 2019. (ECF No. 19). By docket order entered that same day, the Court ordered the Parties to submit a Joint Proposed

1

Scheduling Order by August 12, 2019. The Parties need additional time to exchange drafts of the proposed scheduling order and confer before filing the joint proposed scheduling order. Therefore, the Parties have stipulated to a three-day extension to file the proposed scheduling order, from Monday August 12, 2019 to Thursday August 15, 2019.

Respectfully submitted by
THE BERNHOFT LAW FIRM, S.C.

*/s/ Thomas E. Kimble*
THOMAS E. KIMBLE, ESQ
Illinois Bar No, 6257935
1402 E. Cesar Chavez Street
Austin, Texas 78702
Attorney for Plaintiffs, *pro hac vice*

Dated: August 12, 2019

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: August 13, 2019

**Certificate of Service**

I hereby certify that on August 12, 2019, I electronically filed and served the foregoing STIPULATION TO EXTEND TIME TO FILE PROPOSED SCHEDULING ORDER with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system.

                                                */s/ Thomas E. Kimble*
                                                Thomas E. Kimble
                                                Attorney for Plaintiffs